**Order filed, December 3, 2021.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-21-00468-CV**
_____

**SCWYANA SMITH, Appellant**

**V.**

**BEAR CREEK MEADOW HOA INC., Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-52368**

---

**ORDER**

The reporter's record in this case was due November 16, 2021. *See* Tex. R. App. P. 35.1. The court sent past due notice for the reporter's record on November 17, 2021. No response was received, and the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Delicia Struss, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.